```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Seeking Appointment as Attorney for Defendant
    SEAN MURRAY
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. Cr. S 97-74 GEB |
|---|---|---|
| Plaintiff, | ) | *AMENDED* **REQUEST FOR APPOINTMENT OF COUNSEL and FOR SCHEDULING ORDER; [lodged] ORDER** |
| v. | ) | |
| SEAN MURRAY, | ) | **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| Defendant. | ) | |
| _____ | ) | Judge: Hon. GARLAND E. BURRELL |

Pursuant to the request of Defendant, SEAN MURRAY, filed February 25, 2008, the Court is hereby requested to appoint the Office of the Federal Defender and Assistant Federal Defender David M. Porter as counsel to represent Mr. Murray with respect to his motions to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2). Mr. Porter is familiar with the case and is willing to accept the appointment.

Appointment of counsel would serve the interests of justice in this case because it might facilitate a negotiated disposition of the motion and because the motion might raise novel legal issues surrounding application of the United States Sentencing Commission's recent retroactive reduction of sentences under the crack cocaine guidelines. Because Mr. Murray's substantial rights may be affected by

these criminal proceedings, he is constitutionally entitled to appointment of counsel. *Mempa v. Rhay*, 389 U.S. 128, 134 (1967).

Mr. Murray also hereby requests the Court issue the order lodged herewith setting a briefing schedule in conjunction with the filing of an amended motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2).

Dated:  April 15, 2008

                        Respectfully submitted,

                        DANIEL J. BRODERICK
                        Federal Defender

                           /s/ *David M. Porter*
                        DAVID M. PORTER
                        Assistant Federal Defender

                        Seeking Appointment as Attorney for Movant
                        SEAN MURRAY

**O R D E R**

Pursuant to defendant's request, and good cause appearing therefor, the Office of the Federal Defender and Assistant Federal David M. Porter is hereby appointed to represent defendant with respect to his motion to reduce sentence.

Also, for the reasons set forth above, and good cause appearing therefor, the Court sets the following schedule:

    Amended Motion:        Due May 2, 2008

    Government Response:   Due May 16, 2008

    Reply:                    Due May 30, 2008

///
///
///
///

REQUEST TO APPOINT COUNSEL and for SCHEDULING ORDER
-2-

1
2
3      Hearing:                    June 6, 2008
4      IT IS SO ORDERED.
5  Dated:  April 16, 2008
6
7  _____
8      GARLAND E. BURRELL, JR.
       United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REQUEST TO APPOINT COUNSEL and for SCHEDULING ORDER
-3-