```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SEAN MURRAY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>SEAN MURRAY,<br><br>              Defendant.<br>_____ | No. Cr. S 97-74 GEB<br><br>**UNOPPOSED REQUEST TO EXTEND BRIEFING SCHEDULE AND CONTINUE HEARING; [lodged] ORDER**<br><br>**RETROACTIVE CRACK COCAINE REDUCTION CASE**<br><br>Judge: Hon. GARLAND E. BURRELL |

Defendant, SEAN MARZELL MURRAY, by and through his attorney, Assistant Federal Defender David M. Porter, hereby moves the Court to extend the briefing schedule and continue the hearing date on his motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2). The reason for this request is to allow the parties to negotiate a possible settlement. The attorney for the plaintiff, Assistant United States Attorney Heiko P. Coppola, graciously indicated that he had no objection to this request. Accordingly, the undersigned

/ / /

/ / /

/ / /

/ / /

1 requests that the court enter the order lodged herewith.

2 Dated:  May 2, 2008

3                               Respectfully submitted,

4                               DANIEL J. BRODERICK
                              Federal Defender

5

6                               /s/ *David M. Porter*
                              DAVID M. PORTER
7                               Assistant Federal Defender

8                               Seeking Appointment as Attorney for Movant
                              SEAN MURRAY

9

10                                                     **O R D E R**

11     Pursuant to defendant's unopposed request, and good cause

12 appearing therefor, the Court sets the following schedule:

13     Amended Motion:       Due May 16, 2008

14     Government Response:  Due May 30, 2008

15     Reply:                Due May 6, 2008

16     Hearing:             June 13, 2008

17     IT IS SO ORDERED.

18 Dated:  May 6, 2008

19

20                               GARLAND E. BURRELL, JR.
                              United States District Judge

21

22

23

24

25

26

27

28

REQUEST TO EXTEND BRIEFING SCHEDULE