1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   SEAN MURRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S 97-74 GEB |
| ) | |
| Plaintiff, ) | **[lodged] ORDER** |
| ) | |
| v. ) | **RETROACTIVE CRACK COCAINE** |
| ) | **REDUCTION CASE** |
| SEAN MURRAY, ) | |
| ) | |
| Defendant. ) | Judge: Hon. GARLAND E. BURRELL |
| ) | |
| _____ ) | |

Pursuant to defendant's unopposed request, and good cause appearing therefor, the hearing on the motion to reduce sentence will be continued from June 13, 2008, to June 27, 2008 at 9:00 a.m. The reply to the government's response may be filed on or before June 20, 2008.

Dated:  June 12, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REQUEST TO EXTEND BRIEFING SCHEDULE
-2-