DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SEAN MURRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S 97-74 GEB |
| Plaintiff, | **[lodged] ORDER** |
| v. | **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| SEAN MURRAY, | |
| Defendant. | Judge: Hon. GARLAND E. BURRELL |

Pursuant to defendant's unopposed request, and good cause appearing therefor, the hearing on the motion to reduce sentence will be continued from June 27, 2008, to July 25, 2008 at 9:00 a.m. The reply to the government's response may be filed on or before July 18, 2008.

Dated: June 19, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge