```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    SEAN MURRAY
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  No. Cr. S 97-74 GEB
                                   )
12            Plaintiff,           )  **UNOPPOSED REQUEST TO CONTINUE**
                                   )  **HEARING DATE; [lodged] ORDER**
13       v.                        )
                                   )  **RETROACTIVE CRACK COCAINE**
14  SEAN MURRAY,                   )  **REDUCTION CASE**
                                   )
15            Defendant.           )
                                   )  Judge: Hon. GARLAND E. BURRELL
16  _____)
```

17        Defendant, SEAN MURRAY, by and through his attorney, Assistant
18  Federal Defender David M. Porter, hereby requests the court continue
19  the hearing on Mr. Murray's motion to reduce his sentence pursuant to
20  18 U.S.C. § 3582(c)(2), which is currently set for July 25, 2008, to
21  **FRIDAY, AUGUST 15, 2008,** at 9:00 a.m., to allow counsel to communicate
22  with Mr. Murray.
23        Counsel for the government, Assistant U.S. Attorney Heiko Coppola,
24  has no objection to the request.
25        Accordingly, Mr. Murray requests that the court enter the order
26  / / /
27  / / /
28  / / /

PDF created with pdfFactory trial version www.pdffactory.com

lodged herewith.

Dated:  July 22, 2008

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ *David M. Porter*
                                    DAVID M. PORTER
                                    Assistant Federal Defender

                                    Attorney for Defendant
                                    SEAN MURRAY

### ORDER

Pursuant to defendant's unopposed request, and good cause appearing therefor, the hearing on the motion to reduce sentence will be continued from July 25, 2008, to August 15, 2008 at 9:00 a.m.  The reply to the government's response may be filed on or before August 8, 2008.

Dated:  July 22, 2008

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

UNOPPOSED REQUEST TO CONTINUE HEARING

-2-

PDF created with pdfFactory trial version www.pdffactory.com