DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SEAN MURRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. Cr. S 97-74 GEB |
| ) | |
| Plaintiff,  ) | **UNOPPOSED REQUEST TO CONTINUE** |
| ) | **HEARING DATE; [lodged] ORDER** |
| v.  ) | |
| ) | **RETROACTIVE CRACK COCAINE** |
| SEAN MURRAY,  ) | **REDUCTION CASE** |
| ) | |
| Defendant.  ) | |
| ) | Judge: Hon. GARLAND E. BURRELL |
| _____  ) | |

Defendant, SEAN MURRAY, by and through his attorney, Assistant Federal Defender David M. Porter, hereby requests the court continue the hearing on Mr. Murray's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), which is currently set for August 15, 2008, to **FRIDAY, September 19, 2008**, at 9:00 a.m., to allow counsel to communicate with Mr. Murray.

Counsel for the government, Assistant U.S. Attorney Heiko Coppola, has no objection to the request.

Accordingly, Mr. Murray requests that the court enter the order

/ / /

/ / /

/ / /

1  lodged herewith.

2  Dated:  August 12, 2008

3                                Respectfully submitted,

4                                DANIEL J. BRODERICK
                              Federal Defender

5

6

7                                /s/ *David M. Porter*
                              DAVID M. PORTER
                              Assistant Federal Defender

8
                              Attorney for Defendant
9                                SEAN MURRAY

10                                    **ORDER**

11      Pursuant to defendant's unopposed request, and good cause

12  appearing therefor, the hearing on the motion to reduce sentence will

13  be continued from August 15, 2008, to September 19, 2008 at 9:00 a.m.

14  The reply to the government's response may be filed on or before

15  September 12, 2008.

16  Dated:  August 12, 2008

UNOPPOSED REQUEST TO CONTINUE HEARING
-2-