1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   SEAN MURRAY

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  No. Cr. S 97-74 GEB
                                   )
12            Plaintiff,           )  **UNOPPOSED REQUEST TO CONTINUE**
                                   )  **HEARING DATE; [lodged] ORDER**
13       v.                        )
                                   )  **RETROACTIVE CRACK COCAINE**
14  SEAN MURRAY,                   )  **REDUCTION CASE**
                                   )
15            Defendant.           )
                                   )  Judge: Hon. GARLAND E. BURRELL
16  _____)

17       Defendant, SEAN MURRAY, by and through his attorney, Assistant

18  Federal Defender David M. Porter, hereby requests the court continue

19  the hearing on Mr. Murray's motion to reduce his sentence pursuant to

20  18 U.S.C. § 3582(c)(2), which is currently set for September 19, 2008,

21  to **FRIDAY, October 17, 2008,** at 9:00 a.m., to allow counsel to

22  communicate with Mr. Murray.

23       Counsel for the government, Assistant U.S. Attorney Heiko Coppola,

24  has no objection to the request.

25       Accordingly, Mr. Murray requests that the court enter the order

26  / / /

27  / / /

28  / / /

1  lodged herewith.

2  Dated:  September 11, 2008

3                                  Respectfully submitted,

4                                  DANIEL J. BRODERICK
                                   Federal Defender

5

6

7                                     /s/ David M. Porter
                                   DAVID M. PORTER
                                   Assistant Federal Defender

8

9                                  Attorney for Defendant
                                   SEAN MURRAY

10                              **ORDER**

11       Pursuant to defendant's unopposed request, and good cause

12  appearing therefor, the hearing on the motion to reduce sentence will

13  be continued from September 19, 2008, to **Friday, October 17, 2008 at**

14  **9:00 a.m.**  The reply to the government's response may be filed on or

15  before October 10, 2008.

16  Dated:  September 12, 2008

17

18  _____
    GARLAND E. BURRELL, JR.

19  United States District Judge

20

21

22

23

24

25

26

27

28

UNOPPOSED REQUEST TO CONTINUE HEARING
                              -2-