DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SEAN MURRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S 97-74 GEB |
| ) | |
| Plaintiff, ) | **UNOPPOSED REQUEST TO CONTINUE** |
| ) | **HEARING DATE; [lodged] ORDER** |
| v. ) | |
| ) | **RETROACTIVE CRACK COCAINE** |
| SEAN MURRAY, ) | **REDUCTION CASE** |
| ) | |
| Defendant. ) | |
| ) | Judge: Hon. GARLAND E. BURRELL |
| _____ ) | |

   Defendant, SEAN MURRAY, by and through his attorney, Assistant Federal Defender David M. Porter, hereby requests the court continue the hearing on Mr. Murray's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), which is currently set for October 17, 2008, to **FRIDAY, November 21, 2008,** at 9:00 a.m., to allow counsel to communicate with Mr. Murray.

   Counsel for the government, Assistant U.S. Attorney Heiko Coppola, has no objection to the request.

   Accordingly, Mr. Murray requests that the court enter the order

/ / /

/ / /

1  lodged herewith.

2  Dated:  October 10, 2008

3                                     Respectfully submitted,

4                                     DANIEL J. BRODERICK
                                      Federal Defender

6
7                                     __/s/ *David M. Porter*__
                                      DAVID M. PORTER
                                      Assistant Federal Defender
8
                                      Attorney for Defendant
9                                     SEAN MURRAY

10                                 **ORDER**

11      Pursuant to defendant's unopposed request, and good cause
12  appearing therefor, the hearing on the motion to reduce sentence will
13  be continued from October 17, 2008, to **Friday, November 21, 2008, at**
14  **9:00 a.m.**  The reply to the government's response may be filed on or
15  before November 14, 2008.

16  Dated:  October 14, 2008

18                                     _____
                                       GARLAND E. BURRELL, JR.
19                                     United States District Judge

UNOPPOSED REQUEST TO CONTINUE HEARING
                    -2-