```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SEAN MURRAY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S 97-74 GEB |
| ) | |
| Plaintiff, ) | **UNOPPOSED REQUEST TO CONTINUE** |
| ) | **HEARING DATE; [lodged] ORDER** |
| v. ) | |
| ) | **RETROACTIVE CRACK COCAINE** |
| SEAN MURRAY, ) | **REDUCTION CASE** |
| ) | |
| Defendant. ) | |
| ) | Judge: Hon. GARLAND E. BURRELL |
| _____ ) | |

    Defendant, SEAN MURRAY, by and through his attorney, Assistant Federal Defender David M. Porter, hereby requests the court continue the hearing on Mr. Murray's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), which is currently set for November 21, 2008, to **FRIDAY, December 19, 2008, at 9:00 a.m.**, to allow counsel to communicate with Mr. Murray.

    Counsel for the government, Assistant U.S. Attorney Heiko Coppola, has no objection to the request.

///

///

///

Accordingly, Mr. Murray requests that the court enter the order lodged herewith.

Dated: November 14, 2008

>                             Respectfully submitted,
>
>                             DANIEL J. BRODERICK
>                             Federal Defender
>
>                               /s/ *David M. Porter*
>                             DAVID M. PORTER
>                             Assistant Federal Defender
>
>                             Attorney for Defendant
>                             SEAN MURRAY

**ORDER**

Pursuant to defendant's unopposed request, and good cause appearing therefor, the hearing on the motion to reduce sentence will be continued from November 21, 2008, to **Friday, December 19, 2008, at 9:00 a.m.** The reply to the government's response may be filed on or before December 12, 2008.

Dated:  November 17, 2008

>                             _____
>                             GARLAND E. BURRELL, JR.
>                             United States District Judge

UNOPPOSED REQUEST TO CONTINUE HEARING

-2-