DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SEAN MURRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S 97-74 GEB |
| ) | |
| Plaintiff, ) | **UNOPPOSED REQUEST TO CONTINUE** |
| ) | **HEARING DATE; [lodged] ORDER** |
| v. ) | |
| ) | **RETROACTIVE CRACK COCAINE** |
| SEAN MURRAY, ) | **REDUCTION CASE** |
| ) | |
| Defendant. ) | |
| ) | Judge: Hon. GARLAND E. BURRELL |
| _____ ) | |

Defendant, SEAN MURRAY, by and through his attorney, Assistant Federal Defender David M. Porter, hereby requests the court continue the hearing on Mr. Murray's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), which is currently set for December 19, 2008, to **FRIDAY, February 13, 2009, at 9:00 a.m.**, to allow counsel to communicate with Mr. Murray.

Counsel for the government, Assistant U.S. Attorney Heiko Coppola, has no objection to the request.

Accordingly, Mr. Murray requests that the court enter the order

/ / /

/ / /

1  lodged herewith.

2  Dated:   December 16, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


 /s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
SEAN MURRAY

## ORDER

Pursuant to defendant's unopposed request, and good cause appearing therefor, the hearing on the motion to reduce sentence will be continued from December 19, 2008, to **Friday, February 13, 2009, at 9:00 a.m.**  The reply to the government's response may be filed on or before February 6, 2009.

Dated:   December 16, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

UNOPPOSED REQUEST TO CONTINUE HEARING
-2-