# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Sean Marzell Murray                   **Docket Number:**   2:97CR00074-01 GEB

**Name of Judicial Officer**:   United States District Judge Garland E. Burrell, Jr.

**Date of Original Sentence:**   9/5/1997

**Original Offense:** 21 USC 841(a)(1), Possession of Cocaine Base with Intent to Distribute (CLASS A FELONY)

**Original Sentence:**  262 months BOP; 60 months TSR; $100 SA; and mandatory drug testing

**Special Conditions:**  Search; Drug counseling; Cell Phone Restrictions; and Abstain from alcohol

**Type of Supervision:**   Supervised release

**Date Supervision Commenced:**   To commence 3/11/2015

**Other Court Actions:** None

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall reside and participate in a residential community corrections center, Turning Point, Fresno, California, for a period of 120 days; said placement shall commence on January 23, 2015, pursuant to 18 USC 3563(b) (11).  The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:** The offender is incarcerated in the Bureau of Prisons with a projected release date of March 11, 2015. The offender is currently residing at the residential community corrections center, Turning Point, in Fresno, California. Correspondence from Turning Point indicates he does not have a viable release plan. Given these circumstances, it is felt a public law placement in Turning Point is needed to assist him in finding suitable living arrangements. Therefore, it is recommended his conditions of supervision be modified to include that he reside in Turning Point for up to 120 days. Should the offender find stable living arrangements prior to serving 120 days in this facility, he will be allowed to release into the community. It is noted the offender has signed a Probation 49 - Waiver, agreeing to this modification.

Respectfully submitted,

*/s/ Tim Mechem*

**Tim Mechem**
**Supervising United States Probation Officer**
Telephone:

**DATED:** 3/4/2015

Reviewed by,

*/s/ Hubert J. Alvarez*

**Hubert J. Alvarez**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

Dated:  March 6, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge

Page **2** of **3**                                                                                                                              PROB 12B
                                                                                                                                                  (04/13)

CC:

United States Probation

Assistant United States Attorney

Assistant Federal Defender